IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| LEAH CLAUDIA ROBINSON, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL,[1] | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | NO.   19-057 |

# **O R D E R**

CARACAPPA, LINDA K., J.

      AND NOW, this 27th day of August 2019, upon consideration of plaintiff's

request for review, defendant's response thereto, and plaintiff's reply, IT IS ORDERED that:

    1.    Plaintiff's Request for Review is GRANTED;

    2.    The matter is REMANDED to the Commissioner for assignment to a new
            ALJ for a de novo hearing;

    3.    The Commissioner's Motion for Stay is DENIED; and

    4.    The Clerk of Court is Directed to mark this case CLOSED.


                        BY THE COURT:

                        _/S LINDA K. CARACAPPA_____
                        LINDA K. CARACAPPA, J.

---

[1] Andrew Saul is now the Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew Saul should be substituted for Acting Commissioner Nancy A. Berryhill as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).